# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY D. HANLON,<br>　　Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　Defendant(s). | Case No.: 2:18-cv-00802-RFB-NJK<br><br>**ORDER** |

Defendant's answer was due on May 28, 2018. Docket No. 4. Defendant has not appeared to date, nor has Plaintiff advanced the case. Accordingly, Plaintiff shall file either a motion for default or a status report by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge